**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMRAN

                      **Petitioner,**

        -against-

NOEM ET AL.,

                      **Respondent.**

**26-CV-1624 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to participate in a telephonic conference on April 16, 2026 at 3:30 PM. The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#).

**SO ORDERED.**

Dated: March 19, 2026
      New York, New York

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**